UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY; GEICO INDEMNITY COMPANY;
GEICO GENERAL INSURANCE COMPANY; GEICO
CASUALTY COMPANY,

       Plaintiffs,     **ORDER**

    v.          23-CV-110
                (Merchant, J.)
MICHAEL ZWIRBLIA PSY.D. (A SOLE   (Marutollo, M.J.)
PROPRIETORSHIP); MICHAEL ZWIRBLIA;
STEPHEN DANYKO (A SOLE PROPRIETORSHIP);
STEPHEN DANYKO; PRESTIGE BILLING AND
COLLECTION SERVICES, INC.; YANNA VOLKOV;
SVETLANA BARSKAYA; FELIX ELINSON; ECNYC
CO., L.L.C.; and JOHN DOE DEFENDANTS 1
THROUGH 10,

       Defendants.
-------------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

  Plaintiff Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company's (collectively "Plaintiffs") filed a motion to compel compliance with non-party subpoenas ("Subpoenas") issued to Roman Ganzha ("Ganzha") and Banc Alt LLC d/b/a Check Pros ("Check Pros") pursuant to Fed. R. Civ. P. 45. *See* Dkt. No. 72. Defendant Felix Elinson does not oppose the motion (Dkt. No. 76), and neither Ganzha nor Check Pros filed a response to the motion.

  Plaintiffs' motion is **GRANTED**. Ganzha and Check Pros are hereby ordered to fully comply with the Subpoenas by June 15, 2024. Failure to comply with the Subpoenas by June 15, 2024 may result in Ganzha and Check Pros being subject to sanctions. Plaintiffs' counsel is hereby

ordered to serve a copy of this order on Ganzha and Check Pros by May 10, 2024 by email and regular and certified mail.

SO ORDERED.

Dated:     Brooklyn, New York
           May 9, 2024

                                                             */s/ Joseph A. Marutollo*
                                                         JOSEPH A. MARUTOLLO
                                                         United States Magistrate Judge